VALENTI LAW APC
Matt Valenti, Esq. (State Bar No. 253978)
E-mail: mattvalenti@valentilawapc.com
5252 Balboa Avenue, Suite 700
San Diego, CA 92117
Phone: (619) 540-2189

Attorney for Plaintiff Dominic Vargas

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIC VARGAS,<br><br>    Plaintiff,<br><br>    vs.<br><br>PUBLIC STORAGE, a Maryland Real Estate Investment Trust; PS COLTON - FAIRWAY DR INC, a Delaware Corporation; and DOES 1-10,<br><br>    Defendants. | Case No.: 5:24-cv-00879-JGB-RAO<br><br>NOTICE OF SETTLEMENT |

NOTICE OF SETTLEMENT - 1

1 | Plaintiff DOMINIC VARGAS hereby notifies the court that a global settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense and further the interests of judicial economy. Plaintiff therefore applies to this Honorable Court to vacate all currently set dates with the expectation that Plaintiff will file a Notice of Dismissal with prejudice as to all parties pursuant to F.R.Civ.P. 41(a)(1)(A)(i) within 60 days.

Respectfully submitted,

DATED:  April 29, 2025					VALENTI LAW APC


							By:	*/s/ Matt Valenti*
								Matt Valenti, Esq.
								Attorney for Plaintiff
								Dominic Vargas

NOTICE OF SETTLEMENT - 2