UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIC VARGAS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PUBLIC STORAGE, a Maryland Real Estate Investment Trust; PS COLTON - FAIRWAY DR INC, a Delaware Corporation; and DOES 1-10,<br><br>　　　　Defendants. | Case No.: 5:24-cv-00879-JGB-RAO<br><br>ORDER |

1 | Upon considering the Parties' Stipulation to Dismiss IT IS HEREBY
2 | ORDERED THAT this case is dismissed with prejudice as to all parties.

4 | IT IS SO ORDERED.

6 | DATED: June 18, 2025

_____
Hon Jesus G. Bernal
United States District Judge